# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re MULTIPLAN HEALTH INSURANCE PROVIDER LITIGATION<br><br>*This Document Relates To:*<br>CEP America, LLC dba Vituity; California Emergency Physicians Medical Group, A Professional Corporation; CEP America - Anesthesia, PC; CEP America - AUC, PC; CEP America - Intensivists, PC; CEP America - Kansas, LLC; CEP America - Neurology, PC; CEP America-Arizona, LLP; CEP America-Arizona, PC; CEP America-California; CEP America-Illinois Hospitalists, LLP; CEP America-Illinois Intensivists, LLP; CEP America-Illinois SNF, LLP; CEP America-Illinois, LLP; CEP America-Ohio, LLC; CEP America-Psychiatry, PC; CEP America Illinois, PC; CEPAmerica Texas, PA; Galen Inpatient Physicians, PC; Jovive Health - Illinois, PC; Jovive Health - Nevada (Koury & Partners), PC; MedAmerica Physician Solutions, PC; Menalam Health Services, PC; New York Medical Physician Associates, PC; Physicians Medical Associates New York, PC; Psychicure, PC; Relevo Health, PC; Vitalen Inpatient Care, PC; Vituity - Arizona Hospitalists, PC; Vituity - Illinois AUC, LLP; Vituity - Indiana Critical Care, PC; Vituity - Michigan EM, PC; Vituity - Michigan Hospitalists, PC; Vituity - Michigan Infectious Disease Specialists, PC; Vituity - Nevada (Koury & Partners), PLLC; Vituity - Primary Care Glendale, PC; Vituity - Urgent Care Services, PC; Vituity Healthcare Services, PC Vituity Hospitalists, PC; Vituity Physician Services, PC; Vituity-California Observation Services, PC; Vituity-Georgia Anesthesia, PC Vituity-Georgia Hospitalists, PC; Vituity-Georgia Intensivists, PC; Vituity-Illinois Infectious Disease Specialists, PC; Vituity-Iowa, PLLC; Vituity-Kansas Medical Services, PA; Vituity-Massachusetts, PLLC; Vituity-Michigan Health Services, PC; Vituity- | Case No. 1:24-cv-06795<br><br>MDL No. 3121<br><br>Hon. Matthew F. Kennelly |

1

| |
|---|
| Minnesota, LLC; Vituity-Nevada Medical Services (Koury & Partners), PC; Vituity-New York Medical Group, PLLC; Vituity-Ohio Anesthesia, Inc.; Vituity-South Carolina, LLC; Vituity-South Dakota Medical Services, PC; Vituity-Virginia Hospitalists, PC; Vituity-Wisconsin Anesthesia, SC; Vituity-Wisconsin EM, SC; Vituity-Wisconsin HM, SC; Vituity-Wisconsin, LLC, <br><br>         Plaintiffs, <br><br>v. <br><br>Multiplan, Inc. <br><br>         Defendants. |

## DIRECT ACTION PLAINTIFFS SHORT-FORM COMPLAINT

  The Plaintiffs named below (CEP America, LLC dba Vituity ("Vituity") and affiliates of Vituity) file this Short-Form Complaint and (if checked off below) Demand for Jury Trial against the Defendant(s) named below by and through the undersigned counsel. Plaintiffs incorporate by reference the factual allegations, as well as the claims and relief checked off below, sought in Plaintiffs' Consolidated Master Direct Action Plaintiff Complaint ("Consolidated Master DAP Complaint") as it relates to the named Defendant(s) (checked-off below), filed in *In re Multiplan Health Insurance Provider Litigation,* MDL No. 3121, in the United States District Court for the Northern District of Illinois. Plaintiffs file this Short-Form Complaint as permitted by Case Management Order No 6.

  Plaintiffs indicate by checking the relevant boxes below the Parties, Designated Forum, Jurisdiction and Venue, Causes of Actions and other Relevant Information specific to Plaintiffs' case. Plaintiffs, by and through the undersigned counsel, allege as follows:

I. **IDENTIFICATION OF PARTIES**

A. **PLAINTIFFS**

1. Name of the Plaintiffs alleging claims against Defendant(s): **See chart below**

2. For each Plaintiff that is a corporation, list the state of incorporation and state of principal place of business. For each Plaintiff that is an LLC or partnership, list the state citizenship of each of its members. For each Plaintiff that is a natural person, list the state of residency and citizenship at the time of the filing of this Short-Form Complaint: **See chart below**

| Plaintiff | Principal Place of Business | State of Incorporation or Formation | State(s) of Citizenship |
|---|---|---|---|
| CEP America, LLC dba Vituity | California | Delaware | Arizona, California, Connecticut, District of Columbia, Florida, Georgia, Idaho, Illinois, Indiana, Kansas, Kentucky, Maryland, Michigan, Missouri, Nevada, New Jersey, New Mexico, New York, North Dakota, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, Washington |
| California Emergency Physicians Medical Group, A Professional Corporation | California | California | Colorado, District of Columbia, Florida, Indiana, Maryland, North Carolina, Oregon, Tennessee, Washington |
| CEP America - Anesthesia, PC | California | California | Delaware, District of Columbia, |

3

| Plaintiff | Principal Place of Business | State of Incorporation or Formation | State(s) of Citizenship |
|---|---|---|---|
| | | | Florida, Indiana, Iowa, Nevada, Oregon, Pennsylvania, South Carolina |
| CEP America - AUC, PC | California | California | District of Columbia, Maryland, Missouri, Virginia, Washington |
| CEP America - Intensivists, PC | California | California | Arizona, Florida, Maryland |
| CEP America - Kansas, LLC | California | Kansas | Kansas |
| CEP America - Neurology, PC | California | California | Arizona, Florida, Indiana, Nevada, Oregon, Tennessee, Washington |
| CEP America-Arizona, LLP | California | Arizona | Arizona |
| CEP America-Arizona, PC | California | Arizona | Arizona |
| CEP America-California | California | California | California |
| CEP America-Illinois Hospitalists, LLP | California | Illinois | Illinois |
| CEP America-Illinois Intensivists, LLP | California | Illinois | Illinois |
| CEP America-Illinois SNF, LLP | California | Illinois | Illinois |
| CEP America-Illinois, LLP | California | Illinois | Illinois |
| CEP America-Ohio, LLC | California | Ohio | Ohio |
| CEP America-Psychiatry, PC | California | California | Nevada, Oregon, Washington, |
| CEP America Illinois, PC | California | Illinois | Illinois |
| CEP America Texas, PA | California | Texas | Texas |

4

| Plaintiff | Principal Place of Business | State of Incorporation or Formation | State(s) of Citizenship |
|---|---|---|---|
| Galen Inpatient Physicians, PC | California | California | Connecticut, Delaware, Florida, Idaho, Indiana, Maryland, Missouri, New Jersey, New Mexico, Oregon, Pennsylvania, South Carolina, Washington |
| Jovive Health - Illinois, PC | California | Illinois | Illinois |
| Jovive Health - Nevada (Koury & Partners), PC | California | Nevada | Nevada |
| MedAmerica Physician Solutions, PC | California | California | California |
| Menalam Health Services, PC | California | California | California |
| New York Medical Physician Associates, PC | California | New York | New York |
| Physicians Medical Associates New York, PC | California | New York | New York |
| Psychicure, PC | California | California | California |
| Relevo Health, PC | California | California | Delaware, Iowa, Ohio, Pennsylvania, South Carolina |
| Vitalen Inpatient Care, PC | California | California | South Carolina |
| Vituity - Arizona Hospitalists, PC | California | Arizona | Arizona |
| Vituity - Illinois AUC, LLP | California | Illinois | Illinois |
| Vituity - Indiana Critical Care, PC | California | Indiana | Indiana |
| Vituity - Michigan EM, PC | California | Michigan | Michigan |

5

| Plaintiff | Principal Place of Business | State of Incorporation or Formation | State(s) of Citizenship |
|---|---|---|---|
| Vituity - Michigan Hospitalists, PC | California | Michigan | Michigan |
| Vituity - Michigan Infectious Disease Specialists, PC | California | Michigan | Michigan |
| Vituity - Nevada (Koury & Partners), PLLC | California | Nevada | Nevada |
| Vituity - Primary Care Glendale, PC | California | California | California |
| Vituity - Urgent Care Services, PC | California | California | California |
| Vituity Healthcare Services, PC | California | California | California |
| Vituity Hospitalists, PC | California | California | California |
| Vituity Physician Services, PC | California | California | California |
| Vituity-California Observation Services, PC | California | California | California, Indiana |
| Vituity-Georgia Anesthesia, PC | California | Georgia | Georgia |
| Vituity-Georgia Hospitalists, PC | California | Georgia | Georgia |
| Vituity-Georgia Intensivists, PC | California | Georgia | Georgia |
| Vituity-Illinois Infectious Disease Specialists, PC | California | Illinois | Illinois |
| Vituity-Iowa, PLLC | California | Iowa | Iowa |
| Vituity-Kansas Medical Services, PA | California | Kansas | Kansas |
| Vituity-Massachusetts, PLLC | California | Massachusetts | Massachusetts |
| Vituity-Michigan Health Services, PC | California | Michigan | Michigan |
| Vituity-Minnesota, LLC | California | Minnesota | Minnesota |

6

| Plaintiff | Principal Place of Business | State of Incorporation or Formation | State(s) of Citizenship |
|---|---|---|---|
| Vituity-Nevada Medical Services (Koury & Partners), PC | California | Nevada | Nevada |
| Vituity-New York Medical Group, PLLC | California | New York | New York |
| Vituity-Ohio Anesthesia, Inc. | California | Ohio | Ohio |
| Vituity-South Carolina, LLC | California | South Carolina | South Carolina |
| Vituity-South Dakota Medical Services, PC | California | South Dakota | South Dakota |
| Vituity-Virginia Hospitalists, PC | California | Virginia | Virginia |
| Vituity-Wisconsin Anesthesia, SC | California | Wisconsin | Wisconsin |
| Vituity-Wisconsin EM, SC | California | Wisconsin | Wisconsin |
| Vituity-Wisconsin HM, SC | California | Wisconsin | Wisconsin |
| Vituity-Wisconsin, LLC | California | Wisconsin | Wisconsin |

B. **DEFENDANT(S)**

3. Plaintiff names the following Defendant(s)[1] in this action [*Check all that apply*]:

| x | Multiplan |
| x | Aetna, Inc., a subsidiary of CVS Health Corporation |
|   | Blue Shield of California Life & Health Insurance Company |

---

[1] Each Defendant named in this Short Form Complaint includes each of that entity's executives, employees, directors, and majority-owned subsidiaries. For example, UnitedHealth Group Inc. includes, among others, the following majority-owned subsidiaries: United Healthcare Insurance Company, and its affiliates; United Healthcare Services Inc.; United Healthcare Service LLC; Oxford Benefit Management, Inc.; UMR, Inc.; Sierra Health and Life Insurance Company, Inc.; Sierra Health-Care Options, Inc.; Health Plan of Nevada, Inc.; and United Healthcare of Florida, Inc.

|  | |
|---|---|
|   | Blue Cross Blue Shield of Michigan Mutual Insurance Company |
|   | Aware Integrated, Inc. and BCBSM, Inc. d/b/a Blue Cross Blue Shield Of Minnesota |
|   | Cambia Health Solutions, Inc. f/k/a The Regence Group |
|   | Centene Corporation |
| x | The Cigna Group |
| x | Elevance Health, Inc. f/k/a Anthem, Inc. |
| x | Health Care Service Corporation |
| x | Highmark Health |
| x | Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey |
|   | Humana Inc. |
| x | Kaiser Foundation Health Plan, Inc. |
|   | Molina Healthcare, Inc. |
| x | UnitedHealth Group Inc. |
|   | Allied National, LLC |
|   | Benefit Plans Administrators of Eau Claire, LLC |
|   | Central States, Southeast and Southwest Areas Pension Fund |
|   | Consociate, Inc. d/b/a Consociate Health |
|   | Healthcare Highways Health Plan (ASO), LLC |
|   | Secure Health Plans Of Georgia, LLC D/B/A Secure Health |
|   | Sanford Health Plan |
| x | CareFirst Of Maryland |
|   | Blue Cross Blue Shield of Massachusetts |

**C. OTHER DEFENDANTS**

For each "Other Defendant" Plaintiff contends are additional parties and are liable or responsible for Plaintiff's damages alleged herein, Plaintiff must identify by name each Defendant and its citizenship, and Plaintiff must plead the specific facts supporting any claim against each "Other Defendant" in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiff may attach additional pages to this Short-Form Complaint.

|   | **NAME** | **CITIZENSHIP** |
|---|----------|-----------------|
| 1 |          |                 |
| 2 |          |                 |
| 3 |          |                 |
| 4 |          |                 |

## II. DESIGNATED FORUM

4. For Direct Filed Cases: Identify the Federal District Court in which the Plaintiff would have filed in the absence of direct filing: Northern District of Illinois.

5. For Transferred Cases: Identify the Federal District Court in which the Plaintiff originally filed and the date of filing: N/A.

## III. JURISDICTION AND VENUE

6. Subject Matter Jurisdiction in is based on:

    ☐ Diversity of Citizenship
    ☒ Federal Question
    ☐ Other (The basis of any additional grounds for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure): _____

## IV. FACTS AND INJURIES ASSERTED

7. Plaintiffs adopt all paragraphs of the Consolidated Master DAP Complaint by reference, except for the allegations set forth in any cause of action that Plaintiffs do not adopt (as indicated below).

8. Plaintiffs adopt and allege as injuries resulting from the challenged conduct the injuries to DAPs set forth in the Consolidated Master DAP Complaint.

V. **ADDITIONAL FACTS DEMONSTRATING STANDING TO BRING CAUSES OF ACTION**

9. Plaintiffs allege the following additional facts in support of their standing to bring causes of action:

   _____
   _____
   _____
   _____

VI. **CAUSES OF ACTION ASSERTED**

10. Plaintiffs adopt and assert the following Causes of Action alleged in the Consolidated Master DAP Complaint, and the allegations with regard thereto, against the Defendants identified above, are adopted in this *Short-Form Complaint* by reference (*check all that are adopted*).

| Check all that apply | Count | Cause of Action | Law pursuant to which the cause of action is asserted in the Master Complaint |
|---|---|---|---|
| X | I | Horizontal Agreements in Restraint of Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | II | Hub-And-Spoke Agreement in Restraint of Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | III | Principal-Agent Combinations in Restraint of Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | IV | Agreements to Unreasonably Restrain Trade (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | V | Anticompetitive Information Exchange (Section 1 of the Sherman Act, 15 U.S.C. § 1) | Federal Law |
| X | VI | Violation of State and D.C. Antitrust Statutes | |
| X | VII | Violation of State Consumer Protection Laws | |

**NOTE**

If Plaintiff wants to allege additional Causes of Action other than those selected in the preceding paragraph, which are the Causes of Action set forth in the Master Complaint, the facts supporting those additional Causes of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiff may attach additional pages to this Short-Form Complaint.

## VII. ADDITIONAL CAUSES OF ACTION

11. Plaintiff asserts the following additional Causes of Action and supporting allegations against the following Defendants:

    _____
    _____
    _____

[*Check the applicable box*]:

[x] **WHEREFORE,** Plaintiffs pray for all available compensatory damages, treble damages, punitive damages in amounts to be proven at trial, declaratory and injunctive relief and judgment against Defendant(s) and all such further relief that this Court deems equitable and just as set forth in the Master Complaint, and any additional relief to which Plaintiff may be entitled, including disgorgement.

[ ] **WHEREFORE,** Plaintiff prays for declaratory and injunctive relief and judgment against Defendant(s) and all such further relief that this Court deems equitable and just as set forth in the Master Complaint, and any additional relief to which Plaintiff may be entitled.

## JURY DEMAND

[*Check the applicable box*]:

[x] Plaintiffs hereby demand a trial by jury as to all claims in this action.

[ ] Plaintiff **does not demand** a trial by jury as to all claims in this action.

****

By signature below, Plaintiffs' counsel hereby confirms its/his/her submission to the authority and jurisdiction of the United States District Court of the Northern District of Illinois and oversight of counsel's duties under Federal Rule of Civil Procedure 11, including enforcement as necessary through sanctions and/or revocation of pro hac vice status.

Dated: January 23, 2026　　　　　**Seeger Weiss LLP**

*/s/ Christopher A. Seeger*
Christopher A. Seeger

Christopher A. Seeger (pro hac vice)
cseeger@seegerweiss.com
Jennifer R. Scullion (pro hac vice)
jscullion@seegerweiss.com
Seeger Weiss LLP
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Telephone: 973.639.9100


**Arnall Golden Gregory LLP**

*/s/ Matthew M. Lavin*
Matthew M. Lavin

Matthew M. Lavin (pro hac vice)
matt.lavin@agg.com
Arnall Golden Gregory LLP
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Fax: 202.677.4031

*Attorneys for The Vituity Plaintiffs*

**CERTIFICATE OF SERVICE**

  The undersigned attorney certifies that on January 23, 2026, he/she electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

               */s/ Christopher A. Seeger*
               Christopher A. Seeger